```
Charles K. Manock            #161633
cmanock@bakermanock.com
Andrew H. Woo               #261120
awoo@bakermanock.com
BAKER MANOCK & JENSEN, PC
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704
Telephone: 559.432.5400
Facsimile: 559.432.5620
```

Attorneys for   GREGORY VITUCCI and HEATHER VITUCCI dba
                DICICCOS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JOHN MORALES,<br><br>          Plaintiff,<br><br>     v.<br><br>RB FRESNO, LLC and RB FRESNO MANAGER, LLC aka RB FRESNO LARUE LLC; GREGORY VITUCCI and HEATHER VITUCCI dba DICICCOS<br><br>          Defendants. | CASE No. 1:11-cv-01777-AWI-DLB<br><br>**APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |

Defendants GREGORY VITUCCI and HEATHER VITUCCI dba DICOCCOS ("Defendants") respectfully requests an initial extension of time to December 5, 2011 to file a response to Plaintiff JOHN MORALES's ("Plaintiff") complaint. This request for an extension of time is made pursuant to Local Rule 144(a) and the attached Stipulation to Extend Time to File Responsive Pleading.

          DATED:  November 8, 2011

                                                  BAKER MANOCK & JENSEN, PC


                                                  By:  /s/ Andrew H. Woo
                                                  Charles K. Manock
                                                  Andrew H. Woo
                                                  Attorneys for GREGORY VITUCCI and
                                                  HEATHER VITUCCI dba DICICCOS

1030025v1

APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

Charles K. Manock          #161633
cmanock@bakermanock.com
Andrew H. Woo              #261120
awoo@bakermanock.com
BAKER MANOCK & JENSEN, PC
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704
Telephone: 559.432.5400
Facsimile: 559.432.5620

Attorneys for GREGORY VITUCCI and HEATHER VITUCCI dba DICICCOS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JOHN MORALES,<br><br>          Plaintiff,<br><br>     v.<br><br>RB FRESNO, LLC and RB FRESNO MANAGER, LLC aka RB FRESNO LARUE LLC; GREGORY VITUCCI and HEATHER VITUCCI dba DICICCOS,<br><br>          Defendants. | CASE No. 1:11-cv-01777-AWI-SKO<br><br>**[PROPOSED] ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

Plaintiff JOHN MORALES ("Plaintiff") and Defendants GREGORY VITUCCI and HEATHER VITUCCI ("Defendants") filed a Stipulation to Extend Time to File Responsive Pleading.  After full consideration of the matter, this Court finds good cause to grant the extension pursuant to Local Rule 144(a).

IT IS THEREFORE ORDERED that Defendants' responsive pleading shall be filed no later than December 5, 2011.

IT IS SO ORDERED.

Dated:  **November 28, 2011**          /s/ Dennis L. Beck
                                        UNITED STATES MAGISTRATE JUDGE

1030025v1

2

[PROPOSED] ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28