Tanya E. Moore, SBN 206683
K. Randolph Moore, SBN 106933
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
John Morales

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MORALES, | No.  1:11-CV-01777-LJO-DLB |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF ACTION; ORDER** |
| vs. | |
| RB FRESNO, LLC, et al., | |
| Defendants. | |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendants have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: April 4, 2012         MOORE LAW FIRM, P.C.


/s/Tanya E. Moore
Tanya E. Moore
Attorneys for Plaintiff John Morales

///

*Morales v. RB Fresno, LLC, et al.*
Notice of Voluntary Dismissal; [Proposed] Order
Page 1

1  **ORDER**

2  Good cause appearing,

3  IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

6  IT IS SO ORDERED.

7  Dated:   **April 4, 2012**                    /s/ Lawrence J. O'Neill
8  UNITED STATES DISTRICT JUDGE

*Morales v. RB Fresno, LLC, et al.*
Notice of Voluntary Dismissal; [Proposed] Order
Page 2